Case 2:23-cr-00408-GMS Document 1 Filed 03/15/23 Page 1 of 3
Case 3:23-mj-03040 Filed: 03/22/23 Page 1 of 3
E-FILED
Wednesday, 22 March, 2023 03:34:01 PM
Clerk, U.S. District Court, ILCD



```
                    FILED        LODGED
          ___ RECEIVED    ___ COPY

                  MAR 1 5 2023

          CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

| | |
|---|---|
| 1 | GARY M. RESTAINO |
| | United States Attorney |
| 2 | District of Arizona |
| | D. MATTHEW CONTI |
| 3 | Assistant United States Attorney |
| | Arizona State Bar No. 021719 |
| 4 | Two Renaissance Square |
| | 40 N. Central Ave., Suite 1800 |
| 5 | Phoenix, Arizona 85004 |
| | Telephone: 602-514-7500 |
| 6 | Email: David.Conti@usdoj.gov |
| | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00408-PHX-GMS (MTM) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(o) and 924(a)(2) (Possession of a Machinegun) Count 1 |
| Cynthia Solano, a.k.a Cynthia Jorge Solano, (Count 1) | |
| Defendant. | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between December 27, 2022 and January 3, 2023, in the District of Arizona and elsewhere, Defendant CYNTHIA SOLANO did knowingly possess a machinegun, that is, a part commonly known as a "conversion device" or "switch" which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Count 1 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense including, but not limited to the following property involved and used in the offense:

- Glock 45 cal. pistol serial number XDZ410
- conversion device

If any forfeitable property, as a result of any act or omission of any defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

/ / /

/ / /

/ / /

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: March 15, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/*
D. MATTHEW CONTI
Assistant U.S. Attorney

AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Cynthia Solano
*Defendant*

Case No. CR-23-00408-001-PHX-GMS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Cynthia Solano,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:922(o) and 924(a)(2) Possession of a Machinegun

City and state: Phoenix, Arizona

ISSUED ON 3:20 pm, Mar 15, 2023
s/ Debra D. Lucas, Clerk

*Katlyn James*
Issuing officer's signature

Katlyn James, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3-21-23, and the person was arrested on *(date)* 3-22-23
at *(city and state)* Springfield, IL.

Date: 3-22-23

*Arresting officer's signature*

Kevin Lasiter, ATF Special Agent
*Printed name and title*

cc: PTS